Case 3:13-cr-00046-RLY-WGH   Document 311   Filed 06/15/16   Page 1 of 2 PageID #: 1237

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| Antoin Alston | ) Case No: | 3:13CR00046-003 |
| | ) USM No: | 66590-112 |
| Date of Original Judgment: 06/13/2014 | ) | |
| Date of Previous Amended Judgment: _____ | ) Pro Se | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Mr. Alston's sentence was imposed pursuant to an 11(c)(1)(C) plea agreement; therefore, he is not eligible for a sentence reduction under Amendment 782.

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _____ Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/14/2016

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Effective Date: _____
*(if different from order date)*

Distribution:

Antoin Alston Reg.
No. 66590-112
Victorville Medium II Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 3850
Adelanto, CA 92301

Lauren M. Wheatley
UNITED STATES ATTORNEY'S OFFICE - EV
lauren.wheatley@usdoj.gov